UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MICHAEL GARRETT,

                         Plaintiff,

      -against-

FIRST ADVANTAGE BACKGROUND
SERVICES CORP., *et al.*

                       Defendants.
------------------------------------------------------------------X

**ORDER**

**22-CV-07330 (GHW) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

On September 5th, the Court issued an Order to Show Cause directing the Plaintiff to provide an update on the status of the case. Dkt. No. 49. On September 18th, the Attorney for the Plaintiff informed the Court that the Plaintiff had passed away. Dkt. No. 50. A few days later, the Defendant filed a letter saying that despite Plaintiff's death, the Defendant was still willing to settle the case, but was waiting on documents from the Plaintiff's attorney to finalize settlement. Dkt. No. 51.

**By December 21st**, the Parties shall jointly file a letter updating the Court as to the current status of the case.

      SO ORDERED.

DATED:   New York, New York
              December 5, 2023

                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge